## BODOVITZ v. CAMPBELL *et al.*

No. 6817.    Opinion Filed October 13, 1914.

(143 Pac. 661.)

APPEAL AND ERROR—Time for Commencing Appeal—Dismissal.   Unless a proceeding for reversing or vacating a judgment of the district court is commenced in this court within six months from the rendition of such judgment, the proceeding here will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Carter County;*
*S. H. Russell, Judge.*

Action between M. Bodovitz and C. M. Campbell and others.   From the judgment, Bodovitz brings error.   Appeal dismissed.

*W. F. Bowman,* for plaintiff in error.

*Cruce & Potter,* for defendants in error.

BLEAKMORE, J.   This is a proceeding in error filed in this court on the 12th day of September, 1914, to reverse a judgment rendered on the 1st day of November, 1913, in the district court of Carter county, Okla.   The case-made attached to the petition in error was not signed and settled until the 27th day of August, 1914.   The defendants in error move a dismissal of this proceeding for the reason that the same was not begun in this court within the statutory time.

The motion is sustained, and the cause dismissed.

All the Justices concur.